■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRED GALLOWAY, Appellant, v. LELAND A. CASSCLES, as Superintendent, Ossining Correctional Facility, Respondent.— Judgment of the Supreme Court, Westchester County, dated March 10, 1972, affirmed, without costs (*People ex rel. Keitt* v. *McMann*, 18 N Y 2d 257; *People ex rel. Blyden* v. *Denno*, 28 A D 2d 683). Hopkins, Acting P. J., Munder, Shapiro, Gulotta and Christ, JJ., concur.